**UNITED STATES DISTRICT COURT**
**DISTRICT OF MINNESOTA**

Civil No. 01-496 (MJD/SRN)

Agie Ltd., a/k/a Agie USA Ltd.,

Plaintiff,

v.

Hegman Machine Tool, Inc.,

Defendant.

**STIPULATION AND ORDER FOR EXTENSION OF TIME TO ANSWER OR OTHERWISE RESPOND**

Plaintiff Agie Ltd., a/k/a Agie USA Ltd., and defendant Hegman Machine Tool, Inc., through their attorneys, hereby stipulate that the date by which defendant must answer or otherwise respond to plaintiff Agie Ltd.'s Complaint is hereby extended to April 19, 2001.

Dated: April 10, 2001

FAEGRE & BENSON, LLP

By: ______________________
Brian Melendez (#223633)
2200 Wells Fargo Center
90 South Seventh Street
Minneapolis, MN 55402-3901
(612) 336-3447

ATTORNEYS FOR PLAINTIFF AGIE LTD.

Dated: April 10, 2001

FRUTH & ANTHONY, P.A.

By: ______________________
Robert J. Tansey (#108304)
Nathan P. Brenna (#275980)
3750 IDS Center
80 South Eighth Street
Minneapolis, MN 55402
(612) 349-6969

ATTORNEYS FOR DEFENDANT HEGMAN MACHINE TOOL, INC.

FILED ______
FRANCIS E. DOSAL, CLERK
JUDGMENT ENTD ______
DEPUTY CLERK ______

**ORDER**

IT IS HEREBY ORDERED that the date by which defendants must answer or otherwise respond is hereby extended to April 19, 2001.

BY THE COURT:

Dated: April 16, 2001

Franklin L. Noel
United States Magistrate Judge