**UNITED STATES DISTRICT COURT**
**DISTRICT OF MINNESOTA**

Civil No. 01-496 (MJD/SRN)

Agie Ltd., a/k/a Agie USA Ltd.,

Plaintiff,

v.

Hegman Machine Tool, Inc.,

Defendant and Third-Party Plaintiff,

v.

Midwest Precision Tool & Die, Inc.,

Third-Party Defendant.

**STIPULATION TO STAY PROCEEDING**

IT IS HEREBY STIPULATED, by and between all parties, by and through their undersigned representatives, that the Court may enter an order staying the above-referenced action until such time that a final judgment on the merits is reached in the matter Midwest Precision Tool & Die, Inc. v. Hegman Machine Tool, Inc., Agie Charmilles Holding Corporation and Agie USA, Ltd., Civil No. 01-4086, United States District Court, District of South Dakota, or a settlement is reached by the parties, or the parties otherwise stipulate.

Dated: June 25, 2001

ANTHONY OSTLUND & BAER, P.A.

By: [signature]
Robert J. Tansey, Jr. (#108304)
Nathan P. Brenna (#275980)
3750 IDS Center
80 South Eighth Street
Minneapolis, MN 55402
(612) 349-6969

ATTORNEYS FOR DEFENDANT
HEGMAN MACHINE TOOL, INC.

FILED JUN 28 2001
FRANCIS E. DOSAL, CLERK
JUDGMENT ENTD________
DEPUTY CLERK________

DAVENPORT, EVANS, HURWITZ & SMITH, L.L.P.

Dated: June 21, 2001

By: ______________________
Roberto A. Lange (#244784)
513 South Main Avenue
P.O. Box 1030
Sioux Falls, SD 57101-1030
(605) 336-2880

ATTORNEYS FOR THIRD-PARTY DEFENDANT MIDWEST PRECISION TOOL & DIE, INC.

FAEGRE & BENSON, LLP

Dated: June 25, 2001

By: ______________________
Brian Melendez (#223633)
2200 Wells Fargo Center
90 South Seventh Street
Minneapolis, MN 55402-3901
(612) ~~336-3447~~ 766.7309

and

Stephen R. Foreht
FOREHT LAST LANDAU MILLER & KATZ, LLP
415 Madison Avenue, 16th Floor
New York, NY 10017
(212) 935-8880

ATTORNEYS FOR PLAINTIFF AGIE LTD., a/k/a AGIE USA LTD.

**SO ORDERED.**

Dated: June 27, 2001

______________________
Susan Richard Nelson
United States Magistrate Judge